UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERSON NOE ZAMBRANO GOMEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al.,<br><br>Respondents. | Case No.:  26cv2319-LL-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241**<br><br>[ECF No. 1] |

Before the Court is Petitioner Gerson Noe Zambrano Gomez's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that his detention without a bond hearing violates the Due Process Clause of the Fifth Amendment. Pet. ¶¶ 17, 44–52. Petitioner seeks a writ of habeas corpus directing Respondents to release[1] him or, alternatively, to provide him with a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 18–19.

---

[1] Although Petitioner requests immediate release from detention, he provides no authority to show he is entitled to such relief. The Court thus finds the appropriate remedy in this case is a bond hearing. *See Lopez v. Garland*, 631 F. Supp. 3d 870, 882 (E.D. Cal. 2022).

26cv2319-LL-SBC

Respondents filed a Response in which they concede that Petitioner is entitled to a bond hearing. ECF No. 5 at 1.

Accordingly, the Court **ORDERS** as follows:

1.     Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[2]

2.     Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within **seven (7) days** of the date of this order.

      a.     At any such hearing, the immigration judge **SHALL NOT** deny Petitioner bond on the basis that 8 U.S.C. § 1225(b)(2) requires mandatory detention.

      b.     The immigration judge **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate. *See Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

      c.     Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel. *See Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh*, 638 F.3d at 1200).

3.     The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED**.

Dated:  April 28, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[2] In the Petition's prayer for relief [Pet. at 19], Petitioner requests attorney's fees under the Equal Access to Justice Act, which the Court **DENIES without prejudice**.

2