UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERSON NOE ZAMBRANO GOMEZ, <br><br> Petitioner, <br><br> v. <br><br> CHRISTOPHER J. LAROSE, Warden of Otay Mesa Detention Center, et al., <br><br> Respondents. | Case No.:  26cv2319-LL-SBC <br><br> **ORDER DENYING PETITIONER'S SUPPLEMENTAL BRIEF REGARDING IJ BOND ORDER AND CONSTRUCTIVE DENIAL OF RELEASE** <br><br> [ECF No. 9] |

Before the Court is Petitioner Gerson Noe Zambrano Gomez's Supplemental Brief Regarding IJ Bond Order and Constructive Denial of Release. ECF No. 9. Respondents filed an Opposition to Petitioner's Supplemental Brief. ECF No. 5 at 11. For the reasons set forth below, the Court **DENIES** Petitioner's Supplemental Brief.

On April 28, 2026, this Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered an individualized bond hearing. ECF No. 7. On May 4, 2026, the immigration judge ("IJ") granted Petitioner's release on bond in the amount of $7,500 and imposed certain conditions for release from DHS custody. ECF No. 9 at 3. One of the conditions required that "Respondent must live with sponsor and obtain DHS approval prior to changing residence." *Id*. at 4. Without explaining why, Petitioner claims that the designated sponsor cannot have Petitioner reside with her, and thus, this condition "operate[s] as a

1

constructive denial of release." *Id*. at 2. Unfortunately, Petitioner waived his right to appeal. *Id*. at 10; ECF No. 9-1 at 3. Based on this, Petitioner asks the Court to immediately release him under reasonable conditions of supervision. *Id*. at 11. However, this Court sees no basis to do so in this particular instance.

Given that he discovered that the condition was not feasible after the bond hearing, Petitioner should request, as Respondents advise, a reconsideration of the Immigration Judge's bond determination based upon the fact that he discovered after his bond hearing that he cannot reside with his designated sponsor. ECF No. 11 at 4. Accordingly, Petitioner's Supplemental Brief is **DENIED**.

**IT IS SO ORDERED.**

Dated:  May 26, 2026

_____
Honorable Linda Lopez
United States District Judge